UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Antonio VELASQUEZ–SUAREZ, also known as Jose Suarez, also known as Juan Gabriel, also known as Juan Gabriel Martinez, also known as Jose Cruz Velasquez, also known as Gabriel Martinez, also known as Joe Antonio Velasquez–Suarez, Defendant–Appellant.

No. 12–51245
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Stanley Lee Schwieger, Law Offices of Stan Schwieger, Waco, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Antonio Velasquez–Suarez (Velasquez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Velasquez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Velasquez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.